KNICKERBOCKER TRUST COMPANY, as Trustee for THE GOODWIN CAR COMPANY, Respondent, *v.* O'ROURKE ENGINEERING CONSTRUCTION COMPANY, Appellant.

*Knickerbocker Trust Co.* v. *O'Rourke Eng. Construction Co.*, 120 App. Div. 880, affirmed.
(Argued October 13, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover rent alleged to be due under a certain lease.

*L. Laflin Kellogg* and *Franklin Nevius* for appellant.

*Herbert Barry* and *Julian C. Harrison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.